# THE DISTRICT COURT OF GUAM

| | |
|---|---|
| NOU XIONG, next friend for V.L.; V.L., on their own behalf and on behalf of others similarly situated, <br><br> Petitioner-Plaintiff, <br><br> vs. <br><br> COLONEL ALAN P. BORJA, in his official capacity as Warden of the Guam Department of Corrections, Hagåtña Detention Facility; STEPHEN GREEN, in his official capacity as Hagåtña, Guam Field Office Director for U.S. Immigration and Customs Enforcement; KEN SHERMAN, in his official capacity as Honolulu Field Office Director for U.S. Immigration and Customs Enforcement, which includes Guam; and DOES 1-10, <br><br> Respondents-Defendants. | CIVIL CASE NO. 25-00026 <br><br> **ORDER** |

Respondents-Defendants Stephen Green and Ken Sherman, in their official capacities, moved for an extension of time to respond to the Emergency Motion for Temporary Restraining Order (ECF No. 6) and Motion for Class Certification and Appointment of Class Counsel (ECF No. 7). ECF No. 11. Respondents-Defendants explain that more time is needed to investigate the claims, coordinate with agency counsel, and formulate a response. *Id.* Noting Plaintiff-

1

Petitioner's nonobjection, the Unopposed Motion for an Extension is hereby **GRANTED IN PART**. Respondents-Defendants shall file a response no later than **June 5, 2025, at 3:00 p.m.**, and Petitioner-Plaintiff shall reply no later than **June 6, 2025, at 12:00 p.m.** A hearing will be held on **June 7, 2025, at 10:30 a.m.** The court's June 2, 2025 Order as it relates to Respondents-Defendants' obligations to "ensure that V.L. is not removed from the United States or the District of Guam without advance notice of the intended move" and to file notice thereof in this proceeding remain in full force and effect. *See* ECF No. 8.

Furthermore, the court has reviewed Petitioner-Plaintiff's Attorney Notice (ECF No. 9) and further orders that he coordinate and file the same notification for Defendant-Respondent Allan P. Borja. *See* ECF No. 8. If necessary, counsel for Respondents-Defendants Stephen Green and Ken Sherman shall assist counsel for Petitioner-Plaintiff in determining and notifying the appropriate representative for Respondent-Defendant Allan P. Borja.

**SO ORDERED.**



/s/ **Frances M. Tydingco-Gatewood**
       **Chief Judge**
**Dated: Jun 03, 2025**