UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| NOU XIONG, next friend for V.L and V.L., on their own behalf and on behalf of others similarly-situated,<br><br>Petitioners - Appellants,<br><br> v.<br><br>ALAN P. BORJA, Colonel, in his official capacity as Warden of the Guam Department of Corrections, Hagatna Detention Facility and SERGIO ALBARRAN, in his official capacity as Field Office Director of U.S. Immigration and Customs Enforcement,<br><br>Respondents - Appellees. | No. 25-3656<br><br>D.C. No.<br>1:25-cv-00026<br><br>District Court of Guam, Agana<br><br>MANDATE |

The judgment of this Court, entered February 17, 2026, takes effect this

date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT