# In the District Court of Guam

| | |
|---|---|
| NOU XIONG et al.,<br><br>   *Petitioners,*<br><br>  v.<br><br>ALAN P. BORJA, Colonel, in his official capacity as Warden of the Guam Department of Corrections, Hagatna Detention Facility, et al.,<br><br>   *Respondents.* | No. 25-cv-00026<br><br><br><br>**NOTICE OF APPEAL** |

PLEASE TAKE NOTICE that Respondent Sergio Albarran appeals to the

United States Court of Appeals for the Ninth Circuit from the following judgments

or appealable orders of this Court:

- Decision and Order of April 20, 2026 (ECF No. 46)

- Notice of Entry of Decision and Order of April 20, 2026 (ECF No. 47)

Respectfully submitted,

**Brett A. Shumate**
Assistant Attorney General
Civil Division

**Anthony C. Payne**
Assistant Director
Office of Immigration Litigation

s/Christopher Ian Pryby
**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar No. 90030774
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 598-5526
christopher.i.pryby@usdoj.gov

Dated: June 18, 2026

*Counsel for Respondent Sergio Albarran*