## In the District Court of Guam

NOU XIONG et al.,

      *Petitioners,*

    v.

ALAN P. BORJA, Colonel, in his official capacity as Warden of the Guam Department of Corrections, Hagatna Detention Facility, et al.,

      *Respondents.*

No. 25-cv-00026

**NOTICE THAT NO TRANSCRIPTS WILL BE ORDERED FOR APPEAL**

PLEASE TAKE NOTICE that Respondent Sergio Albarran does not intend to order any transcripts for the appeal noticed at ECF No. 48 because all transcripts have already been ordered and filed on this Court's docket.

Respectfully submitted,

**Brett A. Shumate**
Assistant Attorney General
Civil Division

**Anthony C. Payne**
Assistant Director
Office of Immigration Litigation

s/Christopher Ian Pryby
**Christopher Ian Pryby**
California Bar No. 334613
D.C. Bar No. 90030774
Trial Attorney
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 878, Ben Franklin Station
Washington, DC 20044-0878
(202) 598-5526
christopher.i.pryby@usdoj.gov

Dated: June 18, 2026

*Counsel for Respondent Sergio Albarran*